

FILED

NOV 0 5 2020

Clerk, U.S. District Court
District Of Montana
Great Falls

KALAH A. PAISLEY
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 3447
Great Falls, MT 59403
119 First Ave. N., Suite 300
Great Falls, MT  59401
Phone:    (406) 761-7715
Fax:       (406) 453-9973
E-mail:   kalah.paisley@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | CR 20- 86 -GF-BMM |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | AGGRAVATED SEXUAL ABUSE (Count I) Title 18 U.S.C. §§ 1153(a) and 2241(a) (Penalty: Life imprisonment, $250,000 fine, and not less than five years of supervised release) |
| WYITT WINSTON WILLIAMSON, Defendant. | |
| | SEXUAL ABUSE (Count II) Title 18 U.S.C. §§ 1153(a) and 2242(2)(B) (Penalty:  Life imprisonment, $250,000 fine, and not less than five years of supervised release) |
| | SEXUAL ABUSE OF A MINOR (Count III) Title 18 U.S.C. §§ 1153(a) and 2243(a) (Penalty: 15 years imprisonment, $250,000 fine, and not less than five years of supervised release) |

THE GRAND JURY CHARGES:

## COUNT I

That on or about November 1, 2017, at or near Browning, in Glacier County, in the State and District of Montana, and within the exterior boundaries of the Blackfeet Indian Reservation, being Indian Country, the defendant, WYITT WINTON WILLIAMSON, an Indian person, knowingly engaged in a sexual act with Jane Doe, by using force against Jane Doe, in violation of 18 U.S.C. §§ 1153(a) and 2241(a).

## COUNT II

That on or about November 1, 2017, at or near Browning, in Glacier County, in the State and District of Montana, and within the exterior boundaries of the Blackfeet Indian Reservation, being Indian Country, the defendant, WYITT WINTON WILLIAMSON, an Indian person, knowingly engaged in a sexual act with Jane Doe, and at the time of the sexual act, Jane Doe was physically incapable of declining participation in, and communicating unwillingness to engage in, that sexual act, in violation of 18 U.S.C. §§ 1153(a) and 2242(2)(B).

## COUNT III

That on or about November 1, 2017, near Browning, in Glacier County, in the State and District of Montana, and within the exterior boundaries of the Blackfeet Indian Reservation, being Indian Country, the defendant, WYITT

WINTON WILLIAMSON, an Indian person, knowingly engaged in a sexual act with Jane Doe, a person who had attained the age of twelve but had not yet attained the age of sixteen, and at the time of the offense, WYITT WINTON WILLIAMSON, was more than four years older than Jane Doe, in violation of 18 U.S.C. §§ 1153(a) and 2243(a).

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

_____ (FOR)
KURT G. ALME
United States Attorney

_____ For
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney